UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Case No.: 6:06-CV-469-ORL-19UAM

ANNA BAKER,

        Plaintiff,

vs.

NOSO, INC. d/b/a THE BLUE ROOM
and JEFFREY WINSTON,

        Defendants,

_____/

## FINAL JUDGMENT

THIS MATTER having come before the Plaintiff's Motion for Entry of Default Final Judgment and supporting Affidavits,

IT IS ADJUDGED that Plaintiff, ANNA BAKER of 1847 Loft Way Cir., Apt 226C, Orlando, Florida 32826, recover from the Defendants, NOSO, INC. d/b/a THE BLUE ROOM, 3801 Norbury Court, Orlando, Florida 32835, and JEFFREY WINSTON, jointly and severally, the principal sum of Three Thousand Two Hundred Eight Dollars and 44/100ths ($3,208.44), plus costs in the sum of Three Hundred Seven Dollars and 50/100ths ($307.50), plus attorneys' fees in the sum of Four Thousand Eighty Dollars ($4,080.00) for a total amount due of Seven Thousand Five Hundred Ninety Five Dollars and 94/100ths ($7,595.94) that shall bear interest at the highest rate allowable by law for which sum let execution issue

DONE AND ORDERED this  12th    day of        June        , 2 0 0 7, a t Orlando, Orange County, Florida.

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies furnished: K.E. Pantas, Esq., Pantas Law Firm, 250 North Orange Avenue, 11th Floor, Orlando, FL 32801 and Defendants, 3801 Nortbury Court, Orlando, Florida 32835.